In the Matter of the Will of NICHOLAS HARDIKER, Deceased.

STEPHEN S. HARDIKER, Appellant; WILLIAM HARDIKER et al., Respondents.

(Argued September 30, 1929; decided October 15, 1929.)

*Stephen V. O'Gorman* for appellant.
*Matthew X. Wagner* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.